UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott Andrew Kyles,　　　　　　　　　　　　　　　　Civil No. 08-6074 (PAM/RLE)

　　　　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Warden Dwight Fondren,

　　　　　　　Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Chief Magistrate Judge Raymond L. Erickson dated October 2, 2009. The R&R recommends that the Petition for a Writ of Habeas Corpus be dismissed with prejudice. Petitioner did not file any objections to the R&R in the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

　　1.　　The Report and Recommendation (Docket No. 10) is **ADOPTED**; and

　　2.　　The Petition (Docket No. 1) is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Wednesday, November 18, 2009

　　　　　　　　　　　　　　　　　　　　　　*s/ Paul A. Magnuson*
　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge